DPR MODIFIED AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

Buttercup Business Inc.

*Plaintiff(s)*

v.

Ecoquest Inc., d/b/a Campo Rico Ziplining Adventures

*Defendant(s)*

Civil Action No. 16-CV-3095(PAD)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ecoquest Inc., d/b/a Campo Rico Ziplining Adventures

2055 Cond. España, Ste. 402 Ocean Park, San Juan, PR 00911

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a Social Security Action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eugenio J. Torres-Oyola / Ferraiuoli LLC

221 Ponce de Leon Avenue, Plaza Building 5th Floor, San Juan, PR 00917

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*FRANCES RIOS DE MORAN, ESQ.*
*CLERK OF COURT*

Date: 12/07/2016

s/ **ANTONIO RODRIGUEZ**
**Deputy Clerk**

*Signature of Clerk or Deputy Clerk*